## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

ALONZO DAVIS,

                                             JUDGMENT IN A CIVIL CASE

         Plaintiff,

                                                 16-cv-715-bbc

v.

MILWAUKEE COUNTY, MILWAUKEE
DEPARTMENT OF MENTAL HEALTH
DIVISION, FROEDERT HOSPITAL and
MILWAUKEE POLICE DEPARTMENT,

         Defendants.

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice as barred by the statute of limitations.

/s/                                                                 2/27/2017

Peter Oppeneer, Clerk of Court                         Date